**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**United States v. Ari Teman**
Case No. 25-332, 25-452, 25-543 (consolidate please)

**CERTIFICATE OF SERVICE (2)**

I, Ari Teman, proceeding pro se, hereby certify that on this 10th day of April, 2025, I served copies of the foregoing document (brief) and this email on the following opposing parties via the Electronic Case Filing (ECF) system of the United States District Court for the Southern District of New York (SDNY) and by electronic mail as indicated below:

1. **Matthew Podolsky**
   Acting U.S. Attorney, Southern District of New York
   Served via ECF through the Temporary Pro Se SDNY email system and via
   matthew.podolsky@usdoj.gov

2. **Jacob H. Gutwillig**
   Assistant United States Attorney
   Email: jacob.gutwillig@usdoj.gov (copy sent)

3. **U.S. Probation Office, Southern District of Florida**
   Attn: Jimmy Wong
   Email: jimmy_wong@flsp.uscourts.gov (mailto:_wong@flsp.uscourts.gov) (copy sent)

4. **US Attorney Edward Martin**
   Served via ECF through the Temporary Pro Se SDNY email system and via
   Edward.MartinJR@usdoj.gov

5. **DOJ Civil Rights Director Harmeet Dhillon**
   Served via ECF through the Temporary Pro Se SDNY email system and via
   Harmeet.Dhillon@usdoj.org

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.
Executed on: April 10, 2025
/s/ Ari Teman
Ari Teman, Pro Se
ari@teman.com