# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-five.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|       Appellee, | Docket Nos. 25-332(L), 25-452(Con), 25-543(Con) |
|   v. | |
| Ari Teman, AKA Sealed Defendant 1, | |
|       Defendant - Appellant. | |

_____

      Appellant, pro se, moves for recusal of the district judge; for a stay of the district court's orders requiring his return from Israel, pending appeal; for permission to be added to the Electronic Case Filing (ECF) system or, alternatively, to receive timely ECF alerts; for consolidation of 2d Cir. Docket Nos. 25-332, 25-452, 25-543; for an opportunity to respond to any government response; for reversal of the district court's orders; and for immediate termination of probation and permission to remain in Israel indefinitely.

      IT IS HEREBY ORDERED that the requests for recusal, for a stay, for reversal, and for termination of probation are REFERRED to a three-judge panel. The request for permission to be added to the Electronic Case Filing system is DENIED without prejudice to Appellant submitting a Pro Se E-Filer User Request Form to the Clerk's Office. The request for consolidation is DENIED as unnecessary as the appeals have already been consolidated. The request for an opportunity to respond to any government response is GRANTED, provided Appellant files a reply within the time permitted under the Court's rules.

      For the Court:
      Catherine O'Hagan Wolfe,
      Clerk of Court