# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-five.

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket Nos. 25-332(L), 25-452(Con), 25-543(Con) |
| v. | |
| Ari Teman, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

The Government is ORDERED to file a response to Appellant's requests for recusal of the district judge, for a stay of the district court's orders requiring his return from Israel, for reversal of the district court's orders, and for immediate termination of his probation. The Government's response must be filed by 5:00 PM on Friday, April 25, 2025. If Appellant wishes to reply, the reply must be filed by 5:00 PM on Tuesday, April 29, 2025.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court