(1 of 1), Page 1 of 1    Case 1:19-cr-00696-PAE    Case: 25-543, 05/16/2025, DktEntry: 29.1, Page 1 of 1    Document 545    Filed 05/16/25    Page 1 of 1

Generated: May 16, 2025 12:59PM                                                                                                                    Page 1/1

# U.S. District Court

## New York Southern - Manhattan

**THIS IS A COPY**

Receipt Date: May 16, 2025 12:52PM

ARI TEMAN

Rcpt. No: 39953                    Trans. Date: May 16, 2025 12:52PM                    Cashier ID: #SR (6955)

| CD  | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|-----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CC | Credit Card | | | | $605.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments:** APPEAL 19CR00696-1 PAE #25-543 DOC #535

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.